UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST; TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND; TRUSTEES FO THE OPERATING ENGINEERS JOURNEYMAN AND APPRENTICE TRAINING TRUST; and TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>JEN HOLDINGS, INC., d/b/a MIKE QUINN PUMPING COMPANY; MICHAEL Q. ISLEY a/k/a MIKE QUINN a/k/a QUINN ISLEY, individually; CROWN CONCRETE PUMPING, INC.,<br><br>Defendants. | 2:11-CV-00029-PMP-RJJ<br><br>**ORDER** |

Before the Court for consideration are Plaintiffs' Motion for Default Judgment Against Jen Holdings, Inc., and Crown Concrete Pumping, (Doc. #23), Plaintiffs' Motion for Default Judgment Against Jen Holdings, Inc., and Concrete Pumping, Inc., (Doc. #24), Plaintiffs' Motion to Seal and Redact (Doc. #25) filed September 20, 2011.  Defendants' have failed to file a response in opposition to

///

Plaintiffs' Motions, and in accord with Local Rule 7.2(d) have therefore consented to the granted of Plaintiffs' Motions for Default Judgment and Motion for Summary Judgment.

**IT IS THEREFORE ORDERED that** Plaintiffs' Motion for Default Judgment Against Jen Holdings, Inc., and Crown Concrete Pumping, (Doc. #23) and Plaintiffs' Motion for Default Judgment Against Jen Holdings, Inc., and Concrete Pumping, Inc., (Doc. #24) are **GRANTED**.

**IT IS FURTHER ORDERED that** the Clerk of Court shall enter **Default Judgment** against Defendants Jen Holdings, Inc., and Crown Concrete Pumping.

**IT IS FURTHER ORDERED that** Clerk of Court shall forthwith enter **Judgment** against Defendant Michael Q. Isley.

**IT IS FURTHER ORDERED that** Plaintiffs' Motion to Seal and Redact (Doc. #25) is **GRANTED** to the extent that any social security numbers appearing in exhibits filed in this action shall be redacted.

DATED: October 25, 2011.

_____
PHILIP M. PRO
United States District Judge