# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Trustees of the Operating Engineers Pension Trust et al

Plaintiffs,

V.

Isley et al

Defendants.

**DEFAULT**

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:11-CV-0029 PMP-RJJ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Default Judgment is entered against Jen Holdings, Inc., and Crown Concrete Pumping and for Plaintiffs.

October 26, 2011

Date

/s/ Lance S. Wilson

Clerk

/s/ Eileen Sterba

(By) Deputy Clerk