LAQUER, URBAN, CLIFFORD & HODGE, LLP
MICHAEL A. URBAN, Nevada State Bar No. 3875
NATHAN R. RING, Nevada State Bar No. 12078
EMILY Z. MANNINGER, Nevada State Bar No. 11196
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
Telephone: (702) 968-8087
Facsimile: (702) 968-8088
E-Mail: murban@luch.com; nring@luch.com; emanninger@luch.com

*Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST; TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND; TRUSTEES OF THE OPERATING ENGINEERS JOURNEYMAN AND APPRENTICE TRAINING TRUST; and TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>JEN HOLDINGS, INC. d/b/a MIKE QUINN PUMPING COMPANY; MICHAEL Q. ISLEY a/k/a MIKE QUINN a/k/a QUINN ISLEY, individually; CROWN CONCRETE PUMPING, INC.,<br><br>Defendants. | CASE NO.: 2:11-cv-00029-PMP-RJJ<br><br>**JUDGMENT** |

Pursuant to this Court's grant of Summary Judgment and Default Judgment to the Plaintiffs, TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST; TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND; TRUSTEES OF THE OPERATING ENGINEERS JOURNEYMAN AND APPRENTICE TRAINING TRUST; and TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, **IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:**.

1

1.   Plaintiffs shall recover from Defendants, Jen Holdings, Inc. d/b/a Mike Quinn Pumping Company, Crown Concrete Pumping, Inc., and Michael Q. Isley a/k/a Mike Quinn a/k/a Quinn Isley, individually, the following amounts, which include unpaid contributions, liquidated damages, attorney's fees and costs, and prejudgment interest:

| | |
|---|---:|
| Unpaid monthly contribution reports (March, 2010 through December, 2010) | $ 149,235.22 |
| Liquidated damages for unpaid monthly contribution reports (March, 2010 through December, 2010) | $ 14,923.52 |
| Pre-Judgment interest for unpaid monthly contributions | $ 10,573.90 |
| Audit fees | $ 2,625.00 |
| Unpaid Contributions discovered by the Trusts' audit | $ 73,568.75 |
| Liquidated Damages based on the Audit amount | $ 7,356.88 |
| Attorney's fees | $ 71,363.00 |
| Costs | $ 8,325.89 |
| **Total** | **$ 337,972.16** |
| Less amounts collected from contractors under NRS 608.150 | $ 135,912.72 |
| **Total Amount of Judgment Owed Jointly and Severally by Jen Holdings, Inc. d/b/a Mike Quinn Pumping Company, Crown Concrete Pumping, Inc., and Michael Q. Isley a/k/a Mike Quinn a/k/a Quinn Isley, individually** | **$ 202,059.44** |

2.   Plaintiffs also shall recover from these Defendants, post-judgment interest at the highest rate allowed by law, until such time as the entire amount of the judgment, against each of these Defendants, with any accrued interest is paid to the Plaintiffs.

DATED this _8th day of November, 2011.

_____
United States District Judge

Submitted by:

**LAQUER, URBAN, CLIFFORD & HODGE LLP**

_/s/ Nathan R. Ring_
Nathan R. Ring, Nevada State Bar No. 12078