**LAQUER, URBAN, CLIFFORD & HODGE, LLP**
MICHAEL A. URBAN, Nevada State Bar No. 3875
NATHAN R. RING, Nevada State Bar No. 12078
JACQUELINE L. SIGARMAN, State Bar No. 11229
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
Telephone: (702) 968-8087
Facsimile: (702) 968-8088
Electronic Mail: urban@luch.com, ring@luch.com,
　　　　　　　jsigarman@luch.com

**Counsel for Plaintiffs**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST; TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND; TRUSTEES OF THE OPERATING ENGINEERS JOURNEYMAN AND APPRENTICE TRAINING TRUST; AND TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, <br><br> Plaintiffs, <br><br> vs. <br><br> JEN HOLDINGS, INC. d/b/a MIKE QUINN PUMPING COMPANY, a Nevada Corporation; MICHAEL Q. ISLEY a/k/a MIKE QUINN a/k/a QUINN ISLEY, individually; AND CROWN CONCRETE PUMPING, INC., <br><br> Defendants. | CASE NO.: 2:11-CV-00029-PMP-RJJ <br><br> NOTICE OF BANKRUPTCY FILING |

　　　Plaintiffs, TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST; TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND; TRUSTEES OF THE OPERATING ENGINEERS JOURNEYMAN AND APPRENTICE TRAINING TRUST; and TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST by and through their counsel of record, hereby Notices the Court that Defendant JEN HOLDINGS, INC., and MICHAEL Q. ISLEY a/k/a MIKE QUINN, a/k/a QUINN

ISLEY, individually, have filed Bankruptcy. Therefore, at this time the Plaintiffs would request that the Order to Show Case Hearing schedule for March 19, 2012 be vacated.

    At the hearing to swear in Michael Isley for the Judgment Debtor Examination, the Trusts were unaware of Jen Holdings Bankruptcy filing. Jen Holdings has now filed Bankruptcy and the Trusts cannot now conduct a Judgment Debtor Examination, which was the underlying hearing this Order to Show Cause grew out of. See Exhibit 1 the Notice of Chapter 7 Bankruptcy Case.

Dated this 15th day of March, 2012.   **LAQUER, URBAN, CLIFFORD & HODGE LLP**

By: /s/ Nathan R. Ring
Nathan R. Ring, Nevada State Bar No. 12078
*Counsel for Plaintiffs*

IT IS SO ORDERED. SHOW CAUSE HEARING SCHEDULED FOR MARCH 19, 2012 AT 10:00 AM IS VACATED.
DATED: MARCH 15, 2012

_____
UNITED STATES MAGISTRATE JUDGE